IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAZZERICK M. ALEXANDER,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

    v.                                                Case No. 14-cv-640-wmc

UNITED STATES OF AMERICA,

    Respondent.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing without prejudice petitioner Lazzerick M. Alexander's petition for a writ of habeas corpus under U.S.C. § 2241 for lack of jurisdiction.

    /s/                                                         September 30, 2014

    Peter Oppeneer, Clerk of Court                          Date